[No. 21262-5-II.    Division Two.    January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT STEVEN STRANZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00347-1, David R. Draper, J., entered October 23, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21594-2-II.    Division Two.    January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY RAY HORNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01677-2, James D. Ladley, J., entered January 15, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 37714-1-I.    Division One.    February 2, 1998.]

UNITED HOMES, INC., *Respondent*, v. JAN WOLSKI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-01804-3, Jim Bates and Richard D. Eadie, JJ., entered October 11, 1995 and March 4, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 37820-1-I.    Division One.    February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN CHRISTOPHER CADY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00143-7, Joseph A. Thibodeau, J., entered December 7, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Coleman, J.